UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEWLANDS, <br>    Plaintiff, <br>  v. <br> PHILO, INC., <br>    Defendant. | Case No. 22-cv-04296-HSG <br><br> **ORDER GRANTING STIPULATION TO CONSOLIDATE** <br><br> Re: Dkt. No. 39 |
| ALICIA NICKERSON, et al., <br>    Plaintiffs, <br>  v. <br> PHILO, INC., <br>    Defendant. | Case No. 22-cv-05006-HSG |

Having considered the parties' stipulation to consolidate the two above-captioned and related cases, *Newlands v. Philo, Inc.*, Case No. 22-cv-04296-HSG, and *Nickerson v. Philo, Inc.*, 22-cv-05006-HSG, the Court **GRANTS** the stipulation as follows:

1. The related *Newlands* and *Nickerson* actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).
2. *Newlands* shall be the lead case, and the *Newlands* docket shall be the master docket for the consolidated action. All future filings should be done in the lead case only, and shall be captioned *In re Philo Privacy Litigation*.
3. The Clerk is directed to e-file a copy of this order in *Nickerson*, the later-filed civil action, and to administratively close *Nickerson*.
4. Plaintiffs shall file a consolidated complaint by October 26, 2022. The

consolidated complaint shall be deemed an initial pleading that may be amended once as a matter of course under Federal Rule of Civil Procedure 15(a)(1).

5. Defendant shall move to dismiss or answer the consolidated complaint by November 2, 2022.

6. The parties shall file a joint case management conference statement for the consolidated action by November 8, 2022.  The Court further **SETS** a telephonic case management conference on November 15, 2022, at 2:00 p.m.

All counsel shall use the following dial-in information to access the call:

Dial-In:  888-808-6929;

Passcode:  6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated:   10/19/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge